UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 18-01759-AFM**                                             Date: May 14, 2018

Title  **Jared Mack v. Weber and Associates, Inc.**

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

The Complaint in this action was filed on March 1, 2018 and assigned to Magistrate Judge MacKinnon under the Direct Assignment of Civil Cases to Magistrate Judges Program. On April 12, 2018, plaintiff filed a Proof of Service of the Summons and Complaint indicating that defendant was served on April 11, 2018 via Legalzoom.com, Inc. c/o Melanie V., who is designated to accept service of process on behalf of Weber & Associates, Inc.  (ECF No. 7.)  Based on the proof of service, defendant's answer was due May 2, 2018.  The docket reflects that no answer has been filed.

Accordingly, on the Court's own motion, plaintiff is ordered to show cause *in writing* on or before **May 29, 2018,** why this action should not be dismissed for lack of prosecution.  The filing of an answer or other response to the Complaint by defendant or an application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure on or before the date indicated above will constitute a satisfactory response to the Order to Show Cause.

Additionally, the parties are reminded of their obligation to file their consent or non-consent to the exercise of jurisdiction by the Magistrate Judge within 42 days of service of the Summons and Complaint (i.e., by May 23, 2018) or their case will be returned for reassignment to a District Judge. *See* Notice to Counsel (ECF No. 5).

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |